

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NOS. WR-92,944-01 & WR-92,944-02

## EX PARTE DAYVEON THOMAS, Applicant

### ON APPLICATIONS FOR WRITS OF HABEAS CORPUS
### CAUSE NOS. W219-81120-2020-HC & W219-81121-2020-HC
### IN THE 219TH DISTRICT COURT FROM COLLIN COUNTY

***Per curiam.*** YEARY, J. filed a dissenting opinion. KELLER, P.J. dissented.

## O P I N I O N

Applicant pleaded guilty and was convicted of aggravated robbery and sentenced to fifteen years' imprisonment in both of these cause numbers. Applicant filed these applications for writs of habeas corpus in the county of conviction, and the district clerk forwarded them to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that plea was involuntary because he was not aware that the weapon used in these offenses was not a firearm as alleged in the indictment. The State agrees. Based on the record, the trial court has determined that Applicant's plea was involuntary.

Relief is granted. *Ex parte Mable*, 443 S.W.3d 129 (Tex. Crim. App. 2014), *Brady v. United States*, 397 U.S. 742 (1970). The judgments in cause numbers 219-81120-2020 and 219-81121-

2020 in the 219th District Court of Collin County are set aside, and Applicant is remanded to the custody of the Sheriff of Collin County to answer the charges as set out in the indictments. The trial court shall issue any necessary bench warrant within ten days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered:                                    October 20, 2021
Do not publish